UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KURTZ and STARR TAXMAN<br><br>   Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>   Defendants. | ) CASE NO. CV 07-03369 MMM (FMOx)<br>)<br>)<br>)<br>) JUDGMENT FOR DEFENDANT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On March 24, 2008, the court held a hearing on the motion for summary judgment filed by defendant Allstate Insurance Company. Having reviewed the briefs submitted by the parties and heard oral argument, the court granted defendant's motion for summary judgment on April 3, 2008. Accordingly,

IT IS ORDERED AND ADJUDGED

   1. That plaintiffs Gary Kurtz and Starr Taxman take nothing by way of their complaint against defendant Allstate; and

1      2. That the action be, and it hereby is, dismissed.

4  DATED: April 3, 2008           _/s/ Margaret M. Morrow_
                                            MARGARET M. MORROW
5                                     UNITED STATES DISTRICT JUDGE